```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 15-02345-JJT
Hector Fitzgerald Tyndall                                                 Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk           Page 1 of 2       Date Rcvd: Feb 07, 2018
                              Form ID: ntcnfhrg         Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2018.
```
db            +Hector Fitzgerald Tyndall,    P.O. Box 2688,    Wilkes-Barre, PA 18703-2688
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                Dallas, TX 75254-7883
cr            +Specialized Loan Servicing LLC,    14841 Dallas Parkway Suite 300,    Dallas, TX 75254-7883
cr            +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
4653789       +America's Servicing Co.,   Attn: Bankruptcy Dept.,    3476 Stateview Blvd.,    MAC #D3347-014,
                Fort Mill, South Carolina 29715-7203
4653788       +America's Servicing Co.,    P.O. Box 10335,    Des Moines, Iowa 50306-0335
4653791       +Capital One,    P.O. Box 30285,    Salt Lake City, Utah 84130-0285
4672008        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
4688050        Capital One NA,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4679373       +Deutsche Bank National Trust Company, et. al.,    America's Servicing Company,
                Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7203
4653792       +EOS CCA,   700 Longwater Drive,    Norwell, Massachusetts 02061-1624
4664006        Navient Solutions Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
                P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
4653795        PPL Electric Utilities,   827 Hausman Rd.,    Allentown, Pennsylvania 18104-9392
4653794       +Phelan Hallinan Diamond & Jones, LLP,    One Penn Center Plaza,    1617 JFK Blvd, Ste. 1400,
                Philadelphia, Pennsylvania 19103-1814
4653797       +SLS,   8742 Lucent Boulevard, Suite 300,    Highlands Ranch, Colorado 80129-2386
4849243       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
4849244       +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
4653799        US Asset Management,    700 Longwater Dr.,    Norwell, Massachusetts 02061-1624
4689912       +Well Fargo Bank, N.A., Trustee (See B10),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
4689911       +Wells Fargo Bank, N.A. (see B10),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
4653800       +Wyoming Valley Sanitary Authority,    P.O. Box 33A,    1000 Wilkes-Barre Street,
                Wilkes-Barre, Pennsylvania 18711-1002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4653790        E-mail/Text: g20956@att.com Feb 07 2018 18:53:50     AT& T Mobility,    1801 Valley View Lane,
                Dallas, Texas 75234-8906
4653793        E-mail/Text: bnckohlsnotices@becket-lee.com Feb 07 2018 18:53:28      Kohl's,   P.O. Box 3043,
                Milwaukee, Wisconsin 53201-3043
4653796        E-mail/PDF: pa_dc_claims@navient.com Feb 07 2018 18:56:14     Sallie Mae Servicing,
                PO Box 9500,   Wilkes-Barre, Pennsylvania 18773-9500
4653798        E-mail/Text: bkrcy@ugi.com Feb 07 2018 18:53:53    UGI Utilities,    225 Morgantown Road,
                Attn: Manager of Collections,    Reading, Pennsylvania 19611
                                                                                             TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-5           User: PRadginsk            Page 2 of 2                  Date Rcvd: Feb 07, 2018
                               Form ID: ntcnfhrg          Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:

```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series
               2006-FF13 bkgroup@kmllawgroup.com
              Joseph Angelo Dessoye    on behalf of Creditor     Wells Fargo Bank N.A. et. al pamb@fedphe.com
              Joseph P Schalk     on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               FFMLT TRUST 2006-FF13 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF13 jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk     on behalf of Creditor    Wells Fargo Bank N.A. et. al jschalk@barley.com,
               sromig@barley.com
              Paul William Cressman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               FOR FFMLT TRUST 2006-FF13 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF13 pamb@fedphe.com
              Paul William Cressman    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pamb@fedphe.com
              Tullio  DeLuca    on behalf of Plaintiff Hector Fitzgerald Tyndall tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Hector Fitzgerald Tyndall tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Hector Fitzgerald Tyndall
aka Hector Tyndall, aka Hector F. Tyndall
Debtor(s)

Chapter 13

Case No. 5:15−bk−02345−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor 1 on the date indicated below.

A deadline of **April 3, 2018** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Amended Plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: April 10, 2018<br>Time: 09:30 AM |
|---|---|

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRadginsk, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 7, 2018 |