IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

**HECTOR FITZGERALD TYNDALL**
aka Hector Tyndall
aka Hector F. Tyndall

**\* Debtor**

| | |
|---|---|
| Chapter: | 13 |
| Case Number: | 5-15-bk-02345-JJT |
| Document No.: | 78 |
| Nature of Proceeding: | **Application Requesting Redaction of Personal Information** |

# ORDER

Upon consideration of the Application Requesting Redaction filed in the above-captioned bankruptcy case by counsel for Deutsche Bank National Trust Company, et al., (Doc. #78), and inasmuch as the Court cannot determine what it is on page 22 that need be redacted, **IT IS HEREBY**

**ORDERED** that a **HEARING** on the above matter is scheduled for **THURSDAY, JUNE 21, 2018**, at **9:30** o'clock A.M., in Bankruptcy Courtroom No. 2, Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania.

By the Court,

John J. Thomas, Bankruptcy Judge (CMP)

Date: June 12, 2018