IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Hector Fitzgerald Tyndall aka Hector Tyndall, aka Hector F. Tyndall<br>　　　　　　Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13<br>　　　　　　Movant<br>　　vs.<br>Hector Fitzgerald Tyndall aka Hector Tyndall, aka Hector F. Tyndall<br>　　　　　　Debtor(s)<br>Charles J. DeHart, III Esq.<br>　　　　　　Trustee | NO. 15-02345 JJT |

## **ORDER**

Upon consideration of Movant's Application Requesting Redaction of Personal information, it is:

ORDERED THAT: application is granted and the redacted Loan Documents shall be substituted for the Loan Documents originally filed.