UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HECTOR FITZGERALD TYNDALL
AKA: HECTOR F.
TYNDALL,HECTOR TYNDALL

      CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

CASE NO: 5-15-02345-JJT

HECTOR FITZGERALD TYNDALL
AKA: HECTOR F.
TYNDALL,HECTOR TYNDALL

    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 1, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. An Amended Plan was filed on March 14, 2016.

2. A Confirmation hearing was held and an Order was entered on April 10, 2018 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

    Respectfully submitted,

    s/ Agatha R. McHale, Esq.
    Id: 47613
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA 17036
    Ph. 717-566-6097
    Fax. 717-566-8313
    eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HECTOR FITZGERALD TYNDALL
AKA: HECTOR F.
TYNDALL,HECTOR TYNDALL    CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III    CASE NO: 5-15-02345-JJT
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| U.S. Bankruptcy Court<br>Max Rosenn U.S. Courthouse<br>Courtroom #2<br>197 S. Main Street<br>Wilkes Barre, PA | Date: November 6, 2018<br><br>Time: 09:35 AM |
|---|---|

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: October 1, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | HECTOR FITZGERALD TYNDALL<br>AKA: HECTOR F. TYNDALL, HECTOR TYNDALL | CHAPTER 13 |
| | | CASE NO: 5-15-02345-JJT |
| | Debtor(s) | |
| | CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant | |

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 1, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| TULLIO DeLUCA, ESQUIRE<br>381 N 9TH AVENUE<br>SCRANTON, PA 18504- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA 17101 | Served electronically |
| HECTOR FITZGERALD TYNDALL<br>P.O. BOX 2688<br>WILKES-BARRE, PA 18703 | Served by 1ST class mail |

I certify under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Date: October 1, 2018 | Vickie Williams<br>for Charles J. DeHart, III, Trustee<br>Suite A, 8125 Adams Dr.<br>Hummelstown, PA 17036<br>Phone: (717) 566-6097<br>eMail: dehartstaff@pamd13trustee.com |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: HECTOR FITZGERALD TYNDALL
AKA: HECTOR F.
TYNDALL,HECTOR TYNDALL

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

vs.

HECTOR FITZGERALD TYNDALL
AKA: HECTOR F.
TYNDALL,HECTOR TYNDALL

CASE NO: 5-15-02345-JJT

      Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.