UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| HECTOR FITZGERALD TYNDALL | : | CHAPTER 13 |
| Debtor. | : | |

***

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST | : | |
| COMPANY, AS TRUSTEE FOR FIRST | : | |
| FRANKLIN MORTGAGE LOAN | : | |
| TRUST 2006-FF13, MORTGAGE PASS | : | |
| THROUGH CERTIFICATES SERIES | : | |
| 2006-FF13 | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| HECTOR FITZGERALD TYNDALL | : | CASE NO. 5-15-02345 |
| Respondents. | : | |

***

**PRAECIPE TO WITHDRAW DEBTOR'S ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

***

AND NOW COMES, the Debtor, Hector Fitzgerald Tyndall, by and through his attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtor's Answer to Movant's Motion for Relief from the Automatic Stay. Counsel for Movant consents to the withdrawal.

Respectfully submitted,

Date: October 25, 2018       /s/Tullio DeLuca
                             Tullio DeLuca, Esq.,
                             PA ID# 59887
                             Attorney for Debtors
                             381 N. 9th Avenue
                             Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
HECTOR FITZGERALD TYNDALL : CHAPTER 13
:
               Debtor. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
DEUTSCHE BANK NATIONAL TRUST :
COMPANY, AS TRUSTEE FOR FIRST :
FRANKLIN MORTGAGE LOAN :
TRUST 2006-FF13, MORTGAGE PASS :
THROUGH CERTIFICATES SERIES :
 2006-FF13 :
               Movant, :
:
   vs. :
HECTOR FITZGERALD TYNDALL : CASE NO. 5-15-02345
           Respondents. :
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on October 25, 2018, he caused a true and correct copy of Debtor's Praecipe to Withdraw Answer to Movant's Motion for Relief from the Automatic Stay, to be served via electronic filing on the following CM/ECF users:

      Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

      Brian Caine, Esq. at bcaine@parkermccay.com


Date:  October 25, 2018        /s/Tullio DeLuca
                                            Tullio DeLuca, Esq.