```
                         United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                        Case No. 15-02345-JJT
Hector Fitzgerald Tyndall                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Oct 25, 2018
                              Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.
db             +Hector Fitzgerald Tyndall,   P.O. Box 2688,   Wilkes-Barre, PA 18703-2688

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2018 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor   Deutsche Bank National Trust Company, et. al.
               bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
               First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series
               2006-FF13 bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               bkgroup@kmllawgroup.com
              Joseph Angelo Dessoye    on behalf of Creditor    Wells Fargo Bank N.A. et. al pamb@fedphe.com
              Joseph P Schalk    on behalf of Creditor    Wells Fargo Bank N.A. et. al jschalk@barley.com,
               sromig@barley.com
              Joseph P Schalk    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               FFMLT TRUST 2006-FF13 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF13 jschalk@barley.com,
               sromig@barley.com
              Paul William Cressman    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               FOR FFMLT TRUST 2006-FF13 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF13 pamb@fedphe.com
              Paul William Cressman    on behalf of Creditor    Deutsche Bank National Trust Company, et. al.
               pamb@fedphe.com
              Tullio  DeLuca    on behalf of Plaintiff Hector Fitzgerald Tyndall tullio.deluca@verizon.net
              Tullio  DeLuca    on behalf of Debtor 1 Hector Fitzgerald Tyndall tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| In Re: | : |
| | : |
| **Hector Fitzgerald Tyndall** | : Chapter 13 |
| | : Case No. 5:15-bk-02345-JJT |
| | : |
| Debtor(s) | : 11 *U.S.C.* §362(d) |
| | : |
| Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 | : |
| | : |
| Movant | : |
| v. | : |
| Hector Fitzgerald Tyndall | : Hearing: 10/25/2018 at 09:30 am |
| Debtor(s) | : |
| And | : |
| CHARLES J. DEHART, III, ESQUIRE Trustee | : |
| Respondents | : |

## ORDER MODIFYING §362 AUTOMATIC STAY

Upon the Motion of PARKER, McCAY, P.A. Attorneys for Deutsche Bank National Trust Company, as Trustee for First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series 2006-FF13 (hereinafter "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described

below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*33-35 Barnes St., Ashley, PA 18706*

2. **ORDERED** that Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Notice and filing requirements of FRBP 3002.1(b & c) are no longer applicable to Movant's claim.

4. The Movant may join the Debtors and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Dated: October 25, 2018                By the Court,

_____
John J. Thomas, Bankruptcy Judge PR