```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                    Case No. 15-02345-JJT
Hector Fitzgerald Tyndall                                 Chapter 13
        Debtor                **CERTIFICATE OF NOTICE**

District/off: 0314-5      User: TWilson          Page 1 of 2        Date Rcvd: Nov 08, 2018
                         Form ID: ordsmiss       Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
```
db           +Hector Fitzgerald Tyndall,   P.O. Box 2688,   Wilkes-Barre, PA 18703-2688
cr           +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
              Dallas, TX 75254-7883
cr           +Specialized Loan Servicing LLC,   14841 Dallas Parkway Suite 300,   Dallas, TX 75254-7883
cr           +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
4679373      +Deutsche Bank National Trust Company, et. al.,   America's Servicing Company,   MAC # D3347-014,
              3476 Stateview Boulevard,   Fort Mill, SC 29715-7203
4653792      +EOS CCA,   700 Longwater Drive,   Norwell, Massachusetts 02061-1624
4664006       Navient Solutions Inc. on behalf of USA Funds,   Attn: Bankruptcy Litigation Unit E3149,
              P.O. Box 9430,   Wilkes-Barre, PA 18773-9430
4653795       PPL Electric Utilities,   827 Hausman Rd.,   Allentown, Pennsylvania 18104-9392
4653794      +Phelan Hallinan Diamond & Jones, LLP,   One Penn Center Plaza,   1617 JFK Blvd, Ste. 1400,
              Philadelphia, Pennsylvania 19103-1814
4653797      +SLS,   8742 Lucent Boulevard, Suite 300,   Highlands Ranch, Colorado 80129-2386
4849243      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
4849244      +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,   Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
4653799       US Asset Management,   700 Longwater Dr.,   Norwell, Massachusetts 02061-1624
5064595       United Student Aid Funds, Inc (USAF),   PO Box 8961,   Madison WI 53708-8961
4689912      +Well Fargo Bank, N.A., Trustee (See B10),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
4689911      +Wells Fargo Bank, N.A. (see B10),   c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
4653800      +Wyoming Valley Sanitary Authority,   P.O. Box 33A,   1000 Wilkes-Barre Street,
              Wilkes-Barre, Pennsylvania 18711-1002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4653790       EDI: CINGMIDLAND.COM Nov 09 2018 00:18:00    AT& T Mobility,   1801 Valley View Lane,
              Dallas, Texas 75234-8906
4653789      +EDI: WFFC.COM Nov 09 2018 00:18:00    America's Servicing Co.,   Attn:  Bankruptcy Dept.,
              3476 Stateview Blvd.,   MAC #D3347-014,   Fort Mill, South Carolina 29715-7203
4653788      +EDI: WFFC.COM Nov 09 2018 00:18:00    America's Servicing Co.,   P.O. Box 10335,
              Des Moines, Iowa 50306-0335
4653791      +EDI: CAPITALONE.COM Nov 09 2018 00:18:00    Capital One,   P.O. Box 30285,
              Salt Lake City, Utah 84130-0285
4672008       EDI: CAPITALONE.COM Nov 09 2018 00:18:00    Capital One Bank (USA), N.A.,   PO Box 71083,
              Charlotte, NC  28272-1083
4688050       EDI: BL-BECKET.COM Nov 09 2018 00:19:00    Capital One NA,   c/o Becket and Lee LLP,
              POB 3001,   Malvern PA 19355-0701
4653793       EDI: CBSKOHLS.COM Nov 09 2018 00:18:00    Kohl's,   P.O. Box 3043,
              Milwaukee, Wisconsin 53201-3043
4653796       EDI: NAVIENTFKASMSERV.COM Nov 09 2018 00:18:00    Sallie Mae Servicing,   PO Box 9500,
              Wilkes-Barre, Pennsylvania 18773-9500
4653798       E-mail/Text: bkrcy@ugi.com Nov 08 2018 19:14:35    UGI Utilities,   225 Morgantown Road,
              Attn: Manager of Collections,   Reading, Pennsylvania 19611
                                                                              TOTAL: 9
```
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F
                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                        Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:

       Brian E Caine    on behalf of Creditor   Deutsche Bank National Trust Company, et. al.
        bcaine@parkermccay.com,  BKcourtnotices@parkermccay.com

       Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com

       James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, et. al.
        bkgroup@kmllawgroup.com

       James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
        First Franklin Mortgage Loan Trust 2006-FF13, Mortgage Pass-Through Certificates, Series
        2006-FF13 bkgroup@kmllawgroup.com

       James  Warmbrodt   on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com

       Joseph Angelo Dessoye   on behalf of Creditor   Wells Fargo Bank N.A. et. al pamb@fedphe.com

       Joseph P Schalk    on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
        FFMLT TRUST 2006-FF13 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF13 jschalk@barley.com,
        sromig@barley.com

       Joseph P Schalk    on behalf of Creditor   Wells Fargo Bank N.A. et. al jschalk@barley.com,
        sromig@barley.com

       Paul William Cressman   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
        FOR FFMLT TRUST 2006-FF13 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-FF13 pamb@fedphe.com

       Paul William Cressman   on behalf of Creditor   Deutsche Bank National Trust Company, et. al.
        pamb@fedphe.com

       Tullio  DeLuca   on behalf of Plaintiff Hector Fitzgerald Tyndall tullio.deluca@verizon.net

       Tullio  DeLuca   on behalf of Debtor 1 Hector Fitzgerald Tyndall tullio.deluca@verizon.net

       United States Trustee   ustpregion03.ha.ecf@usdoj.gov

                                           TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Hector Fitzgerald Tyndall, <br> aka Hector Tyndall, aka Hector F. Tyndall, | Chapter      13 |
| **Debtor 1** | Case No.      5:15–bk–02345–JJT |

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: November 8, 2018            By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

ordsmiss (05/18)