**From:** USBankruptcyCourts <USBankruptcyCourts@noticingcenter.com>
**To:** tullio.deluca <tullio.deluca@verizon.net>
**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Hector Fitzgerald Tyndall, Case Number: 15-02345, JJT, Ref: [p-127702458]
**Date:** Fri, Nov 9, 2018 12:34 pm
**Attachments:** B_P51502345ordsmiss0498.PDF (75K)

---

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 10, 2018

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Hector Fitzgerald Tyndall, Case Number 15-02345, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

**NOTE: No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**274 Max Rosenn U.S. Courthouse**
**197 South Main Street**
**Wilkes-Barre, PA 18701**

---

Undeliverable Address:
DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F — *Brian E. Caine, Esq.*
Reason Undeliverable: INCOMPLETE ADDRESS — *Atty. for Movant, Parker McCay PA*

THE UPDATED ADDRESS IS:

*9000 Midlantic Dr. Ste 300*
*Mount Laurel, NJ. 08054.*

_____    _____
Signature of Debtor or Debtor's Attorney        Date  *11/12/11*

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**